UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

MAYRA MONTERO,

      Plaintiff

v.                                        Civ. No. 98-1225(PG)

FORD MOTOR COMPANY, INC.,

      Defendant

### O R D E R

Docket numbers 43 and 44 are referred to a U. S. Magistrate Judge for his consideration.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 31, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

s/c · ICMS (4)



AO 72A
(Rev.8/82)