UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAYRA MONTERO,

    Plaintiff(s)

v.                                      Civil No. 98-1225(PG)

FORD MOTOR COMPANY, INC.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket entry No. 45 – Motion for Leave to Reply to Plaintiff's Opposition | _X_ is GRANTED.<br>___ is DENIED.<br>___ is MOOT.<br>___ is NOTED. |

Date: September _8_, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge