IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAYRA MONTERO,

Plaintiff

v.                                          CIVIL 98-1225 (PG)

FORD MOTOR COMPANY, INC.,

Defendant

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Petition for Enlargement of Time to Comply With Order, 9-21-99. | 50 | Granted. |

In San Juan, Puerto Rico, this 23rd day of September, 1999.

JUSTO ARENAS
United States Magistrate Judge