IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

1

2  MAYRA MONTERO, THE CONYUGAL
   PARTNERSHIP FORMED BY MAYRA
3  MONTERO AND JORGE MERINO,

4  Plaintiffs

5

6  v.                                        CIVIL 98-1225 (PG)

7  FORD MOTOR COMPANY, INC.,
   et al.,

8

9  Defendants
   _____

10

11                        **O R D E R**

12
            The Motion Regarding Minutes of Proceedings (Docket No. 43) and the opposition
13
14  to the same (Docket No. 44) are denied.  Counsel are to meet physically and compose one

15  proposed pretrial order as the need arises.  The need has not arisen.  The only scheduled

16  pretrial was in March, 1999 and no action since then has triggered the need for a proposed

17
    pretrial order unless there is a court order or motion I am not aware of.  See Local Rules 312
18
19  (2), 314(3).  Parties are to refrain from filing their "part" of the order.  If the file contains

20  a clear requirement for a pretrial order, and the parties find it cumbersome to meet, they

21  may meet in my courtroom.

22
            In San Juan, Puerto Rico this 5th day of October, 1999.
23

24                                              JUSTO ARENAS
25                                         United States Magistrate Judge

26

4