# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF SETTING                                    Date: December 16, 1999

MAYRA MONTERO, et al          *
                              *
    Plaintiff                 *
                              *
vs.                           *      Civil 98-1225 (PG)
                              *
FORD MOTOR COMPANY, INC.,     *
et al                         *
                              *
    Defendants                *
                              *
----------------------------------*

By Order of the Court a fourth status conference in the above captioned case is hereby set for **Wednesday, January 19, 2000,** at 8:30 A.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

                                                  Lida Isis Egelé
                                                  Courtroom Deputy

s/c:   Jane A. Becker
        Manuel Guzmán
        Brian Crosby

4

