UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAYRA MONTERO,
    Plaintiffs

        v.                                Civil No. 98-1225(PG)

FORD MOTOR COMPANY, INC.,
    Defendant.

RECEIVED & FILED '00 APR 13 AM 6:25 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| Docket #60 - Motion To Dismiss Or Exclude Experts For Failure To Comply With Order. | This matter is referred to a Magistrate Judge. |

Date: _____April 12_____, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

62