IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAYRA MONTERA,

Plaintiff

v.                                                CIVIL 98-1225 (PG)

FORD MOTOR COMPANY, INC.,

Defendant
_____

<u>O R D E R</u>

Upon unopposed motion of defendant that plaintiff's expert witnesses be excluded for failing to have complied with at least two court's orders, the motion to exclude the experts is granted. This does not preclude further sanctions for failure to comply with the court's orders.

In San Juan, Puerto Rico, this 19th day of April, 2000.

JUSTO ARENAS
United States Magistrate Judge



AO 72
(Rev 8/82)