UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MAYRA MONTERO; JORGE MERINO,
et al,
    Plaintiffs,

       v.                            Civil No. 98-1225(PG)

FORD MOTOR COMPANY, INC.,
et al,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #65 - Motion Regarding Dr. Roman Franco's Rule 26 Report. | Granted as requested |

Date: _____August 1_____, 2000.

                                                    JUAN M. PEREZ-GIMENEZ
                                                    U.S. District Judge