UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAYRA MONTERO, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 98-1225 (JAG)

FORD MOTOR COMPANY, INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/14/01<br>**Title:** Motion Regarding Court's Order of January 8, 2001<br>**Docket:** 73<br>[ ] **Plffs**  [x] **Defts**  [ ] **Other** | **GRANTED.** The Court grants a thirty (30) day extension of time, from the date of filing of the motion regarding Court's order (Docket 73), for the parties to conclude conversations leading to the possible resolution of the case. As well, the Court orders the parties to submit the answer to the Court's questionnaire within the same period if a settlement is not reached. The Court appreciates the parties initiatives and hopes that the conversations between the parties will have a possible outcome. |

**Date:** April 4, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

