IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAYRA MONTERO, ET AL

**Plaintiff(s)**

v.                                              CIVIL NO.   98-1225 (JAG)

FORD MOTOR COMPANY, INC., ET AL

**Defendant(s)**

---

### JUDGMENT

Pursuant to the Stipulation of Dismissal (Docket #75) filed by all parties, the complaint is dismissed with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 10th day of August, 2001.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge